**668**

*Sidney Rothenberg* and *Charles Rothenberg* for appellant.

*Myron A. Ellis* and *Emil K. Ellis* for respondent.

Appeal dismissed, without costs, upon the ground that the questions of law certified are not decisive of the correctness of the order appealed from. (Civ. Prac. Act, § 589, subd. 4, par. [b]; *Langan* v. *First Trust & Deposit Co.,* 296 N. Y. 60.) No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

GOLD PLASTERING Co., INC., Respondent, *v.* 200 EAST END AVENUE CORP., Appellant.

Argued April 12, 1954; decided May 27, 1954.

*John P. McGrath, Hyman Grill* and *Thomas F. McCoy* for appellant.

*Julius Zizmor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

ANONYMOUS, Respondent, *v.* ANONYMOUS, Appellant.

Submitted April 19, 1954; decided May 27, 1954.

*Philip A. Levey* for motion.

*Adrian P. Burke, Corporation Counsel (Seymour B. Quel* of counsel), opposed.

Motion denied, and on the court's own motion appeal dismissed upon the ground that no appeal lies as of right (Civ. Prac. Act. § 588, subd. 1).